UNITED STATES DISTRICT COURT
                  FOR THE EASTERN DISTRICT OF VIRGINIA
                           ALEXANDRIA DIVISION

| | |
|---|---|
| MARK RYAN ALLEN, SCOTT BIMBA, DAVID BLACKWELL, MATTHEW BOYCE, SCOTT CARLISLE, RAYMOND S. FRY III, DANIEL KLEIN, TIM LANE, RYAN McGOUGH, NICHOLAS ROSS, REGINALD SIMPSON, SPIROS MYLES THEODORE, JEFF WHITE, JACKSON HOU, ERIC RINKER, HARMANDEEP SINGH, STEVEN W. WRITE JR., MICHAEL BEST, BRETT SAMPSON, BRYAN MURPHY, GEORGE BARKSDALE, and JOSHUA BAFALIS, <br><br> *Plaintiffs,* <br><br> v. <br><br> COGENT COMMUNICATIONS, INC., <br><br> *Defendant.* | Civil Action No.: 1:14-cv-00459-JCC-TRJ |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of Nora L. Whitehead as counsel in this case for Defendant.

Dated this 22nd day of May, 2014.

                                                Respectfully submitted,

                                                *s/ Nora L. Whitehead*_____
                                                Nora L. Whitehead
                                                Virginia State Bar No. 77431
                                                Haynes and Boone, LLP
                                                800 17th Street, N.W., Suite 500
                                                Washington, DC 20006
                                                Telephone: (202) 654-4527
                                                Facsimile:  (202) 654-4258
                                                nora.whitehead@haynesboone.com

# CERTIFICATE OF SERVICE

      I hereby certify that on the 22nd day of May, 2014, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    Gregg C. Greenberg
    ggreenberg@zagfirm.com
    836 Bonifant Street
    ZIPIN, AMSTER & GREENBERG, LLC
    Silver Spring, Maryland 20910
    Telephone: (301) 587-9373
    Telecopier: (301) 587-9397

    Todd Slobin
    tslobin@eeoc.net
    Daryl J. Sinkule
    dsinkule@eeoc.net
    Sidd Rao
    srao@eeoc.net
    Dorian Vandenberg-Rodes
    drodes@eeoc.net
    SHELLIST LAZARZ SLOBIN LLP
    11 Greenway Plaza, Suite 1515
    Houston, Texas 77046
    Telephone:  (713) 621-2277
    Telecopier:  (713) 621-0993

    ATTORNEYS FOR PLAINTIFFS

    */s/ Nora L. Whitehead*
    Nora L. Whitehead
    Virginia State Bar No. 77431
    Haynes and Boone, LLP
    800 17th Street, N.W., Suite 500
    Washington, DC 20006
    Telephone: (202) 654-4527
    Facsimile:  (202) 654-4258
    nora.whitehead@haynesboone.com

    ATTORNEY FOR DEFENDANT

H-1040965_1