# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| MARK RYAN ALLEN, SCOTT BIMBA, DAVID BLACKWELL, MATTHEW BOYCE, SCOTT CARLISLE, RAYMOND S. FRY III, DANIEL KLEIN, TIM LANE, RYAN McGOUGH, NICHOLAS ROSS, REGINALD SIMPSON, SPIROS MYLES THEODORE, JEFF WHITE, JACKSON HOU, ERIC RINKER, HARMANDEEP SINGH, STEVEN W. WRIGHT JR., MICHAEL BEST, BRETT SAMPSON, BRYAN MURPHY, GEORGE BARKSDALE, JOSHUA BAFALIS, and KEVIN FRYE, <br><br> *Plaintiffs*, <br><br> v. <br><br> COGENT COMMUNICATIONS, INC., <br><br> *Defendant*. | Civil Action No. 1:14-cv-00459-JCC-TRJ |

## NOTICE TO FILE SETTLEMENT AGREEMENTS WITH AGREED MOTION TO APPROVE SETTLEMENTS AND JOINT STIPULATION FOR DISMISSAL

Plaintiffs, Mark Ryan Allen ("Allen"), Joshua Bafalis ("Bafalis"), George Barksdale ("Barksdale"), Scott Bimba ("Bimba"), David Blackwell ("Blackwell"), Matthew Boyce ("Boyce"), Scott Carlisle ("Carlisle"), Kevin Frye ("Frye"), Daniel Klein ("Klein"), Ryan McGough ("McGough"), Bryan Murphy ("Murphy"), Eric Rinker ("Rinker"), Brett Sampson ("Sampson"), Reginald Simpson ("Simpson"), Harmandeep Singh ("Singh"), Spiros Myles Theodore ("Theodore"), Jeff White ("White"), and Steven W. Wright, Jr. ("Wright") (collectively, "Plaintiffs"), and Defendant, Cogent Communications, Inc. ("Defendant") (collectively with Plaintiffs, the "Parties"), hereby file this Notice to File Settlement Agreements with Agreed Motion to Approve Settlements and Joint Stipulation for Dismissal and respectfully state:

1. On October 3, 2014, the Parties filed an Agreed Motion to Approve Settlements and Joint Stipulation for Dismissal of Plaintiffs Allen, Bafalis, Barksdale, Bimba, Blackwell, Boyce, Carlisle, Frye, Klein, McGough, Murphy, Rinker, Sampson, Simpson, Singh, Theodore, White, and Wright With Prejudice ("Motion"), as Document Number 57. In the Motion, the Parties advised this Court of their agreement to keep the terms and conditions of the Settlement Agreements executed between the Parties confidential. To that end, the Parties submitted the Settlement Agreements to this Court for an *in camera* review.

2. After filing the Motion and submitting the Settlement Agreements for an *in camera* review, this Court notified the Parties that additional briefing was required on the issue of submitting the Settlement Agreements for an *in camera* review. In particular, this Court advised the Parties that the Settlement Agreements would be entered into the record of this case (and, thus, made public) unless the Parties could show a compelling reason for keeping them confidential.

3. While Cogent maintains that compelling reasons exist to keep the Settlement Agreements confidential, the Parties nevertheless desire, and value more, prompt approval of the Settlement Agreements from this Court. Accordingly, the Parties are no longer seeking to maintain the confidentiality of the Settlement Agreements and have instead agreed to file the Settlement Agreements and enter them into the record for this Court's review. The Settlement Agreements between Cogent and Plaintiffs Allen, Bafalis, Barksdale, Bimba, Blackwell, Boyce, Carlisle, Frye, Klein, McGough, Murphy, Rinker, Sampson, Simpson, Singh, Theodore, White, and Wright are attached to this Notice as Exhibits 1-18 and are linked back to the original Motion filed as Document Number 57.

Respectfully submitted,

/s/ Gregg C. Greenberg
Gregg C. Greenberg
Virginia State Bar No. 79610
ggreenberg@zagfirm.com
ZIPIN, AMSTER & GREENBERG, LLC
836 Bonifant Street
Silver Spring, Maryland 20910
Telephone: (301) 587-9373
Telecopier: (301) 587-9397

ATTORNEY-IN-CHARGE FOR
PLAINTIFFS

OF COUNSEL FOR PLAINTIFFS:

Todd Slobin (To Move Pro Hac Vice)
Texas State Bar No. 24002953
tslobin@eeoc.net
Daryl J. Sinkule (To Move Pro Hac Vice)
Texas State Bar No. 24037502
dsinkule@eeoc.net
Sidd Rao (To Move Pro Hac Vice)
Texas State Bar No. 24065947
srao@eeoc.net
Dorian Vandenberg-Rodes (To Move Pro Hac Vice)
Texas State Bar No. 24088573
drodes@eeoc.net
SHELLIST LAZARZ SLOBIN LLP
11 Greenway Plaza, Suite 1515
Houston, Texas 77046
Telephone: (713) 621-2277
Telecopier: (713) 621-0993

/s/ Matthew T. Deffebach
Matthew T. Deffebach
Texas State Bar No. 24012516
matthew.deffebach@haynesboone.com
HAYNES AND BOONE, LLP
1221 McKinney Street, Suite 2100
Houston, Texas 77010
Telephone: (713) 547-2064
Telecopier: (713) 236-5631
*Admitted Pro Hac Vice*

ATTORNEY-IN-CHARGE FOR
DEFENDANT
OF COUNSEL FOR DEFENDANT:

/s/ Scott Cunning
Scott Cunning
Virginia State Bar No. 68071
scott.cunning@haynesboone.com
HAYNES AND BOONE, LLP
800 17th Street, N.W., Suite 500
Washington, DC 20006
Telephone: (202) 654-4563
Facsimile: (202) 654-4267

Meghaan C. McElroy
Texas State Bar No. 24070241
meghaan.mcelroy@haynesboone.com
HAYNES AND BOONE, LLP
1221 McKinney Street, Suite 2100
Houston, Texas 77010
Telephone: (713) 547-2082
Telecopier: (713) 236-5513
*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of October, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Gregg C. Greenberg
ggreenberg@zagfirm.com
836 Bonifant Street
ZIPIN, AMSTER & GREENBERG, LLC
Silver Spring, Maryland 20910
Telephone: (301) 587-9373
Telecopier: (301) 587-9397

ATTORNEY FOR PLAINTIFFS

And, I hereby certify that I will mail the document by certified mail, return receipt requested to the following non-filing users:

Todd Slobin
tslobin@eeoc.net
Daryl J. Sinkule
dsinkule@eeoc.net
Sidd Rao
srao@eeoc.net
Dorian Vandenberg-Rodes
drodes@eeoc.net
SHELLIST LAZARZ SLOBIN LLP
11 Greenway Plaza, Suite 1515
Houston, Texas 77046
Telephone: (713) 621-2277
Telecopier: (713) 621-0993

ATTORNEYS FOR PLAINTIFFS

/s/ Scott Cunning
Scott Cunning
Virginia State Bar No. 68071
Haynes and Boone, LLP
800 17th Street, N.W., Suite 500
Washington, DC 20006
Telephone: (202) 654-4563
Facsimile: (202) 654-4267
scott.cunning@haynesboone.com

ATTORNEY FOR DEFENDANT

H-1061803_1